UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 4:23-cv-01744 |
| Plaintiff, | ORDER |
|  | [Resolving Doc. 19] |
| v. |  |
| YLP LLC, ET AL., |  |
| Defendants. |  |

JAMES S. GWIN, UNITED STATES DISTRICT COURT JUDGE:

Attorneys Theresa L. Nelson, Liam H. McMillin, and Matthew Gurbach; and the Bricker Graydon LLP law firm move for leave to withdraw as counsel for Defendant YLP LLC (YLP).[1] Moving counsel says that on February 22, 2024, YLP notified counsel that it was terminating moving counsel's representation of YLP.[2]

YLP, through counsel, also moves for a stay of proceedings for thirty days after the resolution of this motion, for YLP to hire new counsel and respond to the Complaint.

YLP is a limited liability company and cannot appear *pro se* before this Court.[3] So, the Court **DENIES WITHOUT PREJUDICE** Counsel's motion to withdraw and **DENIES** YLP's motion for a stay. The Court **ORDERS** YLP to retain and have new counsel enter an appearance within 45 days.

IT IS SO ORDERED.

Dated: February 29, 2024        *s/    James S. Gwin*
                                JAMES S. GWIN
                                UNITED STATES DISTRICT JUDGE

---

[1] Doc. 19, PageID #: 166.
[2] *Id.*, PageID #: 167.
[3] *See International Watchman, Inc. v. OnceWill LLC*, 1:20-CV-02290, 2020 WL 7138650, at *1 (N.D. Ohio Dec. 7, 2020) (gathering cases).